NORDIC TRADING Co., INC., Appellant, *v.* IMPERIAL FORWARDING Co., INC., Respondent.

Supreme Court, Appellate Term, First Department, April 13, 1950.

*Seymour S. Detsky* and *Robert Salomon* for appellant.

*Louis B. Resnick* for respondent.

Judgment and order affirmed, with $10 costs, and disbursements. Appeal from order, dated November 30, 1949, dismissed.

Concur: HOFSTADTER, PECORA and HECHT, JJ.